### ERDMAN v. STACHE.

(Supreme Court, Appellate Term.  November 10, 1904.)

1. APPEAL—WEIGHT OF EVIDENCE.
    . A judgment clearly against the weight of evidence will be reversed on appeal.

Appeal from Municipal Court, Borough of the Bronx, Second District.

Action by Joseph Erdman against Ernest G. Stache.  From a judgment for plaintiff, defendant appeals.  Reversed.

Argued before FREEDMAN, P. J., and BISCHOFF and FITZGERALD, JJ.

Bailey & Sullivan, for appellant.
Bandler & Haas, for respondent.

PER CURIAM.  The appellant's contention that the decision is against the weight of evidence is thoroughly established by the record, and is convincing to such a degree that respondent has not even taken the trouble to submit a brief upon this appeal.

Judgment reversed, and new trial ordered, with costs to appellant to abide the event.